UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

ASTAVIAN DNTAE MCMILLIAN,

        Petitioner,

v.

NOAH NAGY,

        Respondent.

_____/

Case No. 1:23-cv-66

Honorable Ray Kent

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases for lack of exhaustion of available state-court remedies.

Dated:   February 27, 2023                            /s/ Ray Kent
                                                                        Ray Kent
                                                                         United States Magistrate Judge